# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| LANDLORD SERVICE BUREAU, INC.; MICHELLE WILLIAMS; COLLYER REALTY COMPANY, D/B/A GALASSO REAL ESTATE SERVICES; SANTO POLICICHIO; CROWN REAL ESTATE AND MANAGEMENT SERVICES | : : : : : : | No. 82 WAL 2023 Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : : : : : | |
| THE CITY OF PITTSBURGH AND COUNCIL OF THE CITY OF PITTSBURGH REALTORS ASSOCIATION OF METROPOLITAN PITTSBURGH, A PENNSYLVANIA CORPORATION NOT FOR PROFIT | : : : : : : : : : | |
| v. | : : : : | |
| THE CITY OF PITTSBURGH APARTMENT ASSOCIATION OF METROPOLITAN PITTSBURGH, A PENNSYLVANIA CORPORATION NOT FOR PROFIT | : : : : : : : | |
| v. | : : : : | |
| THE CITY OF PITTSBURGH, A HOME RULE CITY | : : : : : | |
| PETITION OF: THE CITY OF PITTSBURGH AND COUNCIL OF THE CITY OF PITTSBURGH | : : : : | |

# ORDER

**PER CURIAM**

 **AND NOW**, this 1st day of September, 2023, the Petition for Allowance of Appeal is **GRANTED**.  The issue, rephrased for clarity, is:

> Did the Commonwealth Court err when it held, in light of *Pennsylvania Rest. & Lodging Ass'n v. City of Pittsburgh*, 211 A.3d 810 (Pa. 2019), that the City of Pittsburgh lacked home rule authority under 53 P.S. § 2962(f) to enact its Rental Registration Ordinance?